1  Name and Address  FRANCISCO JUAREZ
2  _____ P.O. Box 370006
3  _____ 584 7th St.
                   MONTARA, CALIFORNIA 94037
4  _____ ph. 650-728 3335

            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

                                              **MMC**

   E-filing                **C 07 – 2591**
                       Case No. _____

   FRANCISCO JUAREZ       )
       Plaintiff/Petitioner )  Document Name:
                           )
       vs.                 )
   United States of America )  Civil Complaint for
   United States Postal Service )
                           )  Damages
                           )
       Defendant/Respondent )

16  1. Jurisdiction. This court has jurisdiction over this
17     complaint because it arises under the laws of the United
       States. 28 U.S.C. § 2401 et seq. and 39 C.F.R. 912.9 et seq.
18  2. Venue. Venue is appropriate in this court because the
19     defendant resides in this district, and a substantial amount
20     of the acts and omissions giving rise to this lawsuit occurred
       in this district.
21  3. Intradistrict Assignment. This lawsuit should be assigned
22     to the San Francisco Division of this Court because a
       substantial parts of the events or omissions which give rise
23     to this lawsuit occurred in San Francisco.
24  4. Plaintiff. Francisco Juarez is a United States citizen.
25  5. Defendant. United States of America.
    6. Defendant. United States Postal Service.
26  7. Cesar Chavez is a public street and hyway in the City and
27     County of San Francisco, State of California.
28  8. On April 1, 2006, on Cesar Chavez, Mr. Rolando Peji,
       an employee of the defendant (USPS) drove a motor