2

vehicle in a careless and negligent manner. In do so, Rolando Peji caused the motor vehicle to crash into the plaintiff's motor vehicle.

9. Administrative "Claim for Damage" against United States Postal Service was filed on a timely basis and rejected.

10. Administrative "Request for Reconsideration" against United States Postal Service was also filed on a timely basis and rejected.

11. Prayer for Relief. As a direct and proximate result of the foregoing acts and things, the plaintiff's automobile was damaged in the amount of $1336.00

Wherefore, your plaintiff prays:

    A) For judgement in the amount of $1336.00
    B) Costs of this proceeding
    C) For such other relief as is just and proper.

Date May 16, 2007

Francisco Juarez