IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JUAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C-07-2591 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of plaintiff's pending request for entry of default against defendants, filed August 21, 2007, the Case Management Conference currently scheduled for August 24, 2007 is hereby CONTINUED to October 12, 2007 at 10:30 a.m. A joint Case Management Statement shall be filed no later than October 5, 2007. If default is entered against defendants and plaintiff has filed a motion for default judgment, prior to October 5, 2007, plaintiff may request that the Case Management Conference be vacated.

**IT IS SO ORDERED.**

Dated: August 22, 2007

MAXINE M. CHESNEY
United States District Judge