**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

August 29, 2007

RE:  <u>CV 07-02591 MMC</u>     <u>FRANCISCO JUAREZ-v- UNITED STATES OF AMERICA</u>

Default is declined as to Defendants United States of America and United States Postal Office on August 29, 2007.


RICHARD W. WIEKING, Clerk

*[signature]*
by: <u>Felicia Reloba</u>
Case Systems Administrator