**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: OCT 12 2007

C-07-2591-MMC

FRANCISCO JUAREZ    v    UNITED STATES et al

Attorneys: FRANCISCO JUAREZ (PRO SE)    NO APPEARANCE

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**FILED**

OCT 12 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Joint statement due by 11/21/07.
Court directed π to file new proof of service.

( ) ORDER TO BE PREPARED BY:  Plntf___ Deft___ Court___

( ) Referred to Magistrate For:_____
    ( ) By Court
(✓) CASE CONTINUED TO 11/30/07 @ 10:30 for Continued Case Management Conference

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by_____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for ___ days
Type of Trial: ( )Jury  ( )Court
Notes:_____