SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6855
    Facsimile:  (415) 436-6748
    Email: joann.swanson@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO JUAREZ, | No. C 07-2591 MMC |
|     Plaintiff, | |
| v. | **ANSWER** |
| UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, | |
|     Defendants. | |

    The United States answers plaintiff's complaint filed herein as follows:

    The United States admits, denies, or otherwise responds to, each numbered paragraph in the complaint as follows:

    1. Paragraphs 1 through 6, and 11 of the Complaint contains plaintiff's legal conclusions and descriptions of the defendants and plaintiff's claims to which no response is required.  To the extent that a response is required, defendant denies the allegations.

    2. Defendant admits the allegations of paragraphs 7, 9, and 10.

    3. Defendant denies the allegations of paragraph 8.

    Defendant denies any allegation not specifically admitted.

//

//

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

Plaintiff is not entitled to any relief as a result of any act or omission by the named defendant.

**Second Affirmative Defense**

The United States through its employees, exercised due care and diligence in all matters which are relevant to the subject matter of plaintiff's complaint.

**Third Affirmative Defense**

The United States Postal Service is not a proper defendant.

**Fourth Affirmative Defense**

To the extent plaintiff may have failed to mitigate his damages herein, any recovery or other award to plaintiff must be reduced accordingly.

**Fifth Affirmative Defense**

Plaintiff's claims, if any, are subject to the limitations contained in any and all state laws that may govern this lawsuit.

WHEREFORE, the United States prays:

That plaintiff takes nothing by reason of this action;

That the Complaint be dismissed;

That the United States be granted the costs of the suit incurred; and

For such other and further relief as the court deems proper.

Dated:  October 16, 2007					Respectfully submitted,

								SCOTT N. SCHOOLS
								United States Attorney

							By:	  /s/
								Joann M. Swanson
								Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

**<u>Juarez v. USA, et al.</u>**
<u>C 07-2591 MMC</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Defendants' Answer**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

<u>  X  </u>    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

<u>     </u>    CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

<u>     </u>    PERSONAL SERVICE (BY MESSENGER)

<u>     </u>    FEDERAL EXPRESS via Priority Overnight

<u>     </u>    EMAIL

<u>     </u>    FACSIMILE (FAX)  Telephone No.: <u> See Below </u>

to the party(ies) addressed as follows:

Francisco Juarez, Pro Se
P.O. Box 370006
584 7th Street
Montara, CA 94037
PH: 650.728.3335     Cell: 650.740.2630

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this October 16, 2007 at San Francisco, California.

/s/
LILY HO-VUONG
Legal Assistant