```
 1 │ SCOTT N. SCHOOLS (SCBN 9990)
   │ United States Attorney
 2 │ JOANN M. SWANSON (CSBN 88143)
   │ Chief, Civil Division
 3 │
   │ 450 Golden Gate Avenue, Box 36055
 4 │ San Francisco, California 94102-3495
   │ Telephone: (415) 436-6855
 5 │ Facsimile:  (415) 436-6748
   │
 6 │ Attorneys for the United States
 7 │
 8 │                UNITED STATES DISTRICT COURT
 9 │                NORTHERN DISTRICT OF CALIFORNIA
10 │                    SAN FRANCISCO DIVISION
11 │ FRANCISCO JUAREZ,              )   No. 07-2591 MMC
                                    )
12 │      Plaintiff,                )
                                    )   STIPULATION DISMISSING CASE
13 │      v.                        )   PURSUANT TO FRCP 41(a)(1)
                                    )
14 │ UNITED STATES OF AMERICA, et al.)
                                    )
15 │      Defendants.               )
                                    )
16 │ _____)
                                    )
17 │
   │      IT IS HEREBY STIPULATED AND AGREED by and between plaintiff FRANCISCO
18 │
   │ JUAREZ and defendant United States of America, (the "United States" or the federal
19 │
   │ defendant") that, pursuant to the terms of their Stipulation and Agreement of Compromise and
20 │
   │ Settlement, this case is dismissed with prejudice pursuant to Rule 41(a)(1), Fed. R. Civ. Proc.
21 │
   │ Each party is to bear its own costs.
22 │
   │ IT IS SO STIPULATED:
23 │
   │ Dated: October 22, 2007        /s/ Francisco Juarez
24 │                                FRANCISCO JUAREZ
   │                                Plaintiff
25 │
   │                                SCOTT N. SCHOOLS
26 │                                United States Attorney
27 │        11/13
   │ Dated: October ____, 2007  By: /s/ Joann Swanson
28 │                                JOANN M. SWANSON
   │                                Assistant United States Attorney
   │                                Attorneys for the United States
   │                                United States of America
```